IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY WOMACK

    Defendant.                                Case No.08-CR-30023-DRH

## ORDER

**HERNDON, Chief Judge:**

    Pursuant to the Mandate (Doc. 89) issued by the United States Court of Appeals for the Seventh Circuit, defendant Womack's sentence in this matter has been vacated and the case remanded for resentencing. Accordingly, the Court hereby schedules a sentencing hearing for defendant Womack for **Friday, September 3, 2010 at 2:30 p.m.**

    **IT IS SO ORDERED.**

    Signed this 29th day of July, 2010.

/s/ David R Herndon
**Chief Judge**
**United States District Court**