**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**


**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**

**ANTHONY WOMACK**

      **Defendant.**                    **Case No.08-CR-30023-DRH**

<u>**ORDER**</u>

**HERNDON, Chief Judge:**

      Before the Court is Defendant's Motion to Continue Resentencing (Doc. 94), currently set for Friday, September 3, 2010 at 2:30 p.m.  Defendant seeks additional time because he has only just been transferred back to a BOP facility in this District, and therefore would like to be able to meet with his counsel, prior to his resentencing hearing date.  For good cause shown, the Court **GRANTS** the Motion (Doc. 94).  As such, Defendant's resentencing hearing is hereby rescheduled for **Friday, September 17, 2010 at 2:30 p.m.**

      **IT IS SO ORDERED.**

      Signed this 1st day of September, 2010.


/s/      David R Herndon

**Chief Judge
United States District Court**